UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
July 22, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. MAG. 08-0240-EFB |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| PETER D. TRUONG, ) | |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release PETER D. TRUONG, Case No. MAG. 08-0240-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___   Release on Personal Recognizance

    _X_   Bail Posted in the Sum of: $100,000.00.

        _X_   Unsecured Appearance Bond (Remaining balance)

        _X_   Appearance Bond with Surety (All available equity in subject property)

        _X_   (Other) Conditions as stated on the record.

        _X_   (Other) The Defendant is ordered released forthwith on a $100,000.00 unsecured bond, pending the filing of the secured bond paperwork due by 08/05/08.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at   Sacramento, CA   on   07/22/08   at 3:20 p.m.

By _____
Edmund F. Brennan
United States Magistrate Judge