**FILED**
July 22, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                                      )    Case No. MAG. 08-0240-EFB
        Plaintiff, )
v. )    ORDER FOR RELEASE OF
                                      )    PERSON IN CUSTODY
TAN QUOC TO, )
                                      )
        Defendant. )

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release TAN QUOC TO, Case No. MAG. 08-0240-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___   Release on Personal Recognizance

    _X_   Bail Posted in the Sum of: $50,000.00.

           _X_   Unsecured Appearance Bond

           ___   Appearance Bond with Surety

    _X_   (Other) Conditions as stated on the record.

    ___   (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 07/22/08 at 3:30pm

By /s/ Edmund F. Brennan
Edmund F. Brennan
United States Magistrate Judge